

FILED

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0651

FILED

OCT 1 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENTS TO THE
COMMISSION OF CONTINUING                    O R D E R
LEGAL EDUCATION

The terms of Chair K. Paul Stahl and members Casey Heitz and Kimberly Obbink on the Commission of Continuing Legal Education expired on September 30, 2020. The Court thanks all three of these individuals for their dedicated service to the Commission, to this Court and to the people of Montana. Mr. Stahl, Mr. Heitz, and Ms. Obbink have indicated their willingness to serve another term on the Commission.

IT IS HEREBY ORDERED that K. Paul Stahl, Casey Heitz, and Kimberly Obbink are hereby reappointed to the Commission of Continuing Legal Education to terms expiring on September 30, 2023.

The Clerk is directed to provide copies of this Order to K. Paul Stahl, Casey Heitz, Kimberly Obbink, the remaining members of the Commission of Continuing Legal Education, and to the State Bar of Montana.

DATED this 13th day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices